```
             IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       PINE BLUFF DIVISION
```

KEON ROSHUN JOHNSON                                          PETITIONER

vs.                    Civil Case No. 5:06CV00243 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                            RESPONDENT

## ORDER

On November 19, 2008, the court entered an order in this matter, and the Clerk's Office mailed Petitioner a copy of the Order at his last known address. That mail was returned, marked "Unable to Forward." On February 2, 2009, the court entered a text only Order in this case, and the Clerk's Office mailed a copy of the Order to Petitioner at his last known address. That Order was returned marked "Unable to Forward."

Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, referring to parties appearing pro se, states:

> (2) Parties appearing pro se. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.... If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice....

Although Petitioner has not failed to respond to communication from the court since he did not receive the Order, he has failed to

provide the court with a current address and the court is unable to communicate with him.  It appears Petitioner is no longer interested in pursuing this matter.

IT IS THEREFORE ORDERED that this petition be, and it is hereby, dismissed without prejudice.

SO ORDERED this 18th day February, 2009.

*/s/ Henry L. Jones, Jr.*
United States Magistrate Judge